

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00831-CV

**IN THE INTEREST OF K.W.**, a Child

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CI14901
Honorable Rosie Alvarado, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's opinion of this date, the trial court's judgment is **AFFIRMED**. Costs are assessed against the appellant.

SIGNED November 12, 2025.

_____
Velia J. Meza, Justice